UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Linda Wallace,

      Plaintiff,

v.                                                                    Case No.  12-13032
                                                                      Honorable Sean F. Cox

GMAC Mortgage, LLC and Federal National
Mortgage Association,

      Defendants.

_____/

## **ORDER**

Plaintiff brought this suit against Defendants, asserting several claims relating to her residential mortgage.  Thereafter, Defendants filed Motions to Dismiss, which this Court referred to Magistrate Judge Mona Majzoub for issuance of a report and recommendation ("R&R").

On February 22, 2013, Magistrate Judge Majzoub issued her R&R, wherein she recommends that the Court grant the motions and dismiss this action with prejudice.  (Docket Entry No. 12).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no

1

party has filed objections to the R&R.

The Court hereby ADOPTS the February 22, 2013 R&R.  IT IS ORDERED that

Defendants' Motions to Dismiss is GRANTED and this action shall be DISMISSED WITH

PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  March 15, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on
March 15, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager